**SENIOR PARTNERS**

ADAM MUERY
MAUREEN FARRELL
L. TODD KELLY ¥ *

# TEXANLEGAL.COM
### VETERAN OWNED & OPERATED

6200 LA CALMA DRIVE, SUITE 100
AUSTIN, TEXAS 78752
PHONE 1-88-TEXAS-WIN
(1-888-392-7946)

Writer's e-mail: *mackenzie@TexanLegal.com*

April 1, 2024

**OFFICE LOCATIONS**

AUSTIN
THE WOODLANDS
DALLAS

*Via Efiling:*

RE: 1:24-cv-00086; KAILEY PADILLA v. DANIEL OSVALDO PEREZ and WILLIAMSON COUNTY, TEXAS

To Whom It May Concern:

In order to comply with the Local Rules and notify the Court in a timely manner, I wish to advise that I am scheduled to be out of the country on a pre-paid vacation from September 12, 2024 through September 25, 2024.

I would appreciate it if you would note these dates on your calendar accordingly and not schedule any hearings, court appearances, depositions, or any items requiring a deadline, etc. during that timeframe. By copy of this letter, I am notifying all counsel of record of this correspondence.

If you have any questions, please do not hesitate to contact my office. Thank you for your consideration in this matter.

**MUERY, FARRELL & KELLY, P.C.**

L. Todd Kelly
Senior Partner

* BOARD CERTIFIED IN PERSONAL INJURY TRIAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

¥ LICENSED IN TEXAS, OKLAHOMA, NEW MEXICO, COLORADO, VIRGINIA & PENNSYLVANIA

ALL OTHER ATTORNEYS LICENSED IN TEXAS

